IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LIONEL IOSEFA,<br><br>    Defendant. | No. CR 14-00213 CRB<br><br>**ORDER DENYING EX PARTE MOTION FOR RELIEF** |

The Court hereby DENIES the Government's Motion for an "immediate sentencing" in this case; sentencing will occur, as previously scheduled, on March 18, 2015. The Court notes that it has never before received a request from the Government to advance an individual's sentencing date for the explicit purpose of evading an anticipated reduction in the severity of his criminal history.

**IT IS SO ORDERED.**

Dated: January 23, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE